1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMETRIOUS POLYCHRON,<br><br>Defendant. | Case No.: 2:23-cv-04300-SVW(Ex)<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

**[PROPOSED[ ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

1  This matter is before the Court on Defendant's Motion to Dismiss Plaintiffs'
2  Complaint. Having reviewed the papers and heard the arguments of counsel, the Court
3  now grants the Motion.
4  It is therefore ordered that Plaintiffs' Complaint is dismissed with prejudice.

Dated: _____      _____
                                                                                 Stephen V. Wilson, Judge
                                                                                 USDC, Central District of California