Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA 92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Defendant, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMETRIOUS POLYCHRON, <br><br> Defendant. | Case No.: 2:23-cv-04300-SVW(Ex) <br><br> **DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> Date: September 11, 2023 <br> Time: 1:30 p.m. <br> Dept.: Courtroom 10A |
|---|---|

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

1

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Demetrious Polychron (Defendant) *withdraws his* pending motion to dismiss scheduled for September 11, 2023, and has filed an Answer to the Complaint.

Dated: August 31, 2023                    Respectfully submitted,

                                          Katie Charleston Law, PC


                                    By:   /s/ *Katie Charleston*
                                          Katie Charleston, Esq.
                                          Attorney for Defendant

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**