Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com


Attorney for Defendant, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMETRIOUS POLYCHRON,<br><br>Defendant. | Case No.: 2:23-cv-04300-SVW(Ex)<br><br>**KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE**<br><br>Date: October 2, 2023<br>Time: 1:30 p.m.<br>Dept.: 10A |

**KATIE CHARLESTON'S NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE**

1

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 2, 2023, at 1:30 p.m. or as soon as may be heard in Courtroom 10A of the United States District Court for the District of California, First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Katie Charleston of Katie Charleston Law, PC, will and hereby does move this Court for an order granting her withdrawal of appearance on behalf of Defendant, Demetrious Polychron.

This motion is based on this notice of motion, the declaration of Katie Charleston, and all other matters of which this Court may take judicial notice, the pleadings, files, and records in this action, and on any argument heard by this Court.

This notice is made following the undersigned's notice of intent to withdraw sent to Defendant on August 23, 2023 and again on August 28, 2023.

Dated: August 31, 2023                    Respectfully submitted,
                                          Katie Charleston Law, PC


                                    By:   /s/ *Katie Charleston*
                                          Katie Charleston, Esq.

Katie Charleston, of Katie Charleston Law, PC, respectfully requests the Court withdraw her appearance as counsel of record for Defendant, Demetrious Polychron, and in support thereof states:

1. There has been a significant breakdown in the attorney-client relationship in that Defendant has been habitually unresponsive, and with looming deadlines, has become even more unresponsive to the undersigned's multiple attempts at contact. (Katie Charleston Decl. at ¶ 2, filed contemporaneously herewith).

2. On August 21, 2023, the undersigned attempted to reach Defendant via telephone and email, and no response was received. (Charleston Decl. at ¶ 3).

3. On August 28, 2023, the undersigned attempted to reach Defendant via phone and email, and no response was received. (Charleston Decl. at ¶ 4).

4. On August 29, 2023, the undersigned attempted again to reach Defendant via his client portal to approve a pleading, and no response was received. (Charleston Decl. at ¶ 5).

5. On August 30, 2023, the undersigned's staff again attempted to contact Defendant via telephone regarding upcoming deadlines and the upcoming hearing date. (Charleston Decl. at ¶ 6).

6. The undersigned has continued to secure Defendant's interests by conferring with opposing counsel, drafting pleadings, notifying Defendant as needed, and timely filing pleadings despite Defendant's continued failure to respond and lack of cooperation. (Charleston Decl. at ¶ 7).

7. Further, Defendant has failed to provide payment for services rendered to the undersigned in this and a related case for over two months. (Charleston Decl. at ¶ 8).

8. The undersigned can no longer represent Defendant due to the foregoing reasons and his breakdown of the attorney-client relationship.

9. Defendant has been notified and is aware that his Motion to Dismiss is set for hearing on September 11, 2023, at 1:30 p.m. Defendant is also aware that counsel has withdrawn the motion and filed an answer on his behalf. (Charleston Decl. at ¶ 9).

WHEREFORE, Katie Charleston respectfully requests the Court enter an order withdrawing her appearance as counsel of record for Defendant, Demetrious Polychron, and for all other proper relief.

Dated: August 31, 2023                          Respectfully submitted,

                                                Katie Charleston Law, PC


                                         By:    /s/ *Katie Charleston*
                                                Katie Charleston, Esq.