Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Defendant, Demetrious Polychron

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMETRIOUS POLYCHRON,<br><br>Defendant. | Case No.: 2:23-cv-04300-SVW(Ex)<br><br>**KATIE CHARLESTON'S DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE** |

**DECLARATION OF KATIE CHARLESTON**

1

I, Katie M. Charleston, declare as follows:

1. I am the attorney of record for Defendant Demetrious Polychron ("Defendant"). I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. There has been a significant breakdown in the attorney-client relationship in that Defendant has been habitually unresponsive, and with looming deadlines, has become even more unresponsive to the undersigned's multiple attempts at contact.

3. On August 21, 2023, I attempted to reach Defendant via telephone and email. No response was received from Defendant.

4. On August 28, 2023, I attempted to reach Defendant via telephone and email. No response was received from Defendant.

5. On August 29, 2023, I attempted to reach Defendant via his client portal to approve a pleading and no response was received.

6. On August 30, 2023, I instructed my staff to attempt to reach Defendant regarding upcoming deadlines and the upcoming hearing date.

7. Despite this lack of communication from Defendant, I continued to secure his interests by conferring with opposing counsel, drafting pleadings, notifying Defendant as needed, and timely filing pleadings.

8. Defendant has not provided payment for services rendered in over two months.

9. I have notified Defendant of the September 11, 2023, hearing on his Motion to Dismiss. I have further notified Defendant that this motion was withdrawn and an answer was filed on his behalf.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 31, 2023      /s/ *Katie Charleston*
                            Katie Charleston, Esq.

**DECLARATION OF KATIE CHARLESTON**