Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Defendant, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMETRIOUS POLYCHRON, <br><br> Defendant. | Case No.: 2:23-cv-04300-SVW(Ex) <br><br> **DEFENDANT'S REQUEST FOR REMOTE APPEARANCE** <br><br> Date: October 2, 2023 <br> Time: 1:30 p.m. <br> Dept.: 10A |
|---|---|

**DEFENDANT'S REQUEST FOR REMOTE APPEARANCE**

1

Katie Charleston, counsel for Defendant, Demetrious Polychron ("Defendant"), seeks leave of Court for her and Defendant to appear remotely via Zoom or other available technology at the hearing on her Motion to Withdraw on October 2, 2023, at 1:30 p.m. Plaintiff's counsel resides out of State and desires to limit the time and expense that travel would require to appear in person if acceptable to the Court.

WHEREFORE, Katie Charleston, counsel for Defendant, respectfully requests that the Court allow her and Defendant to appear remotely at the October 2, 2023 hearing.

Dated: September 14, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Katie Charleston Law, PC

　　　　　　　　　　　　　　　By:　/s/ *Katie Charleston*
　　　　　　　　　　　　　　　　　　Katie Charleston, Esq.