Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA 92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Defendant, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMETRIOUS POLYCHRON, <br><br> Defendant. | Case No.: 2:23-cv-04300-SVW(Ex) <br><br> **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: October 16, 2023 <br> Time: 1:30 p.m. <br> Dept.: 10A |

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO CONTINUE HEARING**

1

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant hereby moves this Court for an order continuing the hearing on Plaintiffs' Motion for Summary Judgment currently set on October 16, 2023, at 1:30 p.m.

This motion is based on this notice of motion, the declaration of Katie Charleston, and all other matters of which this Court may take judicial notice, the pleadings, files, and records in this action, and on any argument heard by this Court.

This notice is made following the undersigned's request for a stipulation to continue sent to Plaintiffs' counsel on September 20, 2023.

Dated: September 22, 2023          Respectfully submitted,

                                        Katie Charleston Law, PC

By:   /s/ *Katie Charleston*
       Katie Charleston, Esq.

Katie Charleston, of Katie Charleston Law, PC, respectfully requests the Court continue the hearing on Plaintiffs' Motion for Summary Judgment currently set on October 16, 2023, at 1:30 p.m., and in support thereof states:

1. On August 31, 2023, the undersigned filed a motion to withdraw from this matter due to the breakdown of the attorney-client relationship and the failure of the Plaintiff to make payments for services rendered, thereby causing a financial hardship. The Motion is set for hearing on October 2, 2023. (Katie Charleston Decl. at ¶ 2, filed contemporaneously herewith).

2. On September 7, 2023, the Court ordered the undersigned and Defendant to appear in-person for the October 2 hearing. (Charleston Decl. at ¶ 3).

3. On September 14, 2023, the undersigned filed Defendant's Request for Remote Appearance. This request is still pending before the Court. (Charleston Decl. at ¶ 4).

4. On September 18, 2023, Plaintiffs filed their Motion for Summary Judgment, currently set for hearing October 16, 2023. (Charleston Decl. at ¶ 5).

5. Defendant's opposition to this motion is due on September 25, 2023. (Charleston Decl. at ¶ 6).

6. The undersigned seeks a continuance on the hearing as set and the Defendant's time to respond for 30 days, following the Court's ruling on the undersigned's motion to withdraw. (Charleston Decl. at ¶ 7).

7. The undersigned cannot continue to represent the interests of Defendant due to the breakdown of the attorney-client relationship and the financial hardship that Defendant's counsel has and will continue to suffer in further representation. (Charleston Decl. at ¶ 8).

8. The undersigned seeks to protect the Defendant's interests and his ability to defend the filed motion pro se or with the assistance of another attorney. (Charleston Decl. at ¶ 9).

9. Plaintiffs' counsel was contacted regarding this continuance, and they have no objection. (Charleston Decl. at ¶ 10).

10. For these reasons, the undersigned requests a continuance of the hearing on the Plaintiffs' Motion for Summary Judgment and the Defendant's time to respond. (Charleston Decl. at ¶ 11).

WHEREFORE, Katie Charleston respectfully requests the Court enter an order continuing the hearing on Plaintiffs' Motion for Summary Judgment, and for all other proper relief.

Dated: September 22, 2023                    Respectfully submitted,

                                                 Katie Charleston Law, PC

By:  */s/ Katie Charleston*
      Katie Charleston, Esq.