Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Defendant, Demetrious Polychron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMETRIOUS POLYCHRON,<br><br>Defendant. | Case No.: 2:23-cv-04300-SVW(Ex)<br><br>**KATIE CHARLESTON'S DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF KATIE CHARLESTON**

1

I, Katie M. Charleston, declare as follows:

1. I am the attorney of record for Defendant Demetrious Polychron ("Defendant"). I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. On August 31, 2023, I filed a motion to withdraw from this matter due to the breakdown of the attorney-client relationship and the failure of the Defendant to make payments for services rendered, thereby causing a financial hardship. The Motion is set for hearing on October 2, 2023.

3. On September 7, 2023, the Court ordered the undersigned and Defendant to appear in-person for the October 2 hearing.

4. On September 14, 2023, the undersigned filed Defendant's Request for Remote Appearance. This request is still pending before the Court.

5. On September 18, 2023, Plaintiffs filed their Motion for Summary Judgment, currently set for October 16, 2023.

6. Defendant's opposition to this motion is due on September 25, 2023.

7. The undersigned seeks a continuance on the hearing as set and the Defendant's time to respond for 30 days, following the Court's ruling on the undersigned's motion to withdraw.

8. The undersigned cannot continue to represent the interests of Defendant due to the breakdown of the attorney-client relationship and the financial hardship that Defendant's counsel has and will continue to suffer in further representation.

9. The undersigned seeks to protect the Defendant's interests and his ability to defend the filed motion pro se or with the assistance of another attorney.

10. Plaintiffs' counsel was contacted regarding this continuance, and they have no objection.

11. For these reasons, the undersigned requests a continuance of the hearing on the Plaintiffs' Motion for Summary Judgment and the Defendant's time to respond.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

Dated: September 22, 2023               /s/ *Katie Charleston*

                                                               Katie Charleston, Esq.

**DECLARATION OF KATIE CHARLESTON**