Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
9151 Atlanta Avenue, No. 6427
Huntington Beach, CA  92615
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Defendant, Demetrious Polychron

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMETRIOUS POLYCHRON,<br><br>Defendant. | Case No.: 2:23-cv-04300-SVW(Ex)<br><br>**DECLARATION OF DEMETRIOUS POLYCHRON IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.** |

**DECLARATION OF DEMETRIOUS POLYCHRON**

1

I, Demetrious Polychron, declare as follows:

1. I have personal knowledge of the matters contained in this declaration and if called as a witness to testify, I could and would competently testify to them.

2. I developed a wholly original book and concept for *The Fellowship of the King* ("TFOTK"), including separate and distinct characters and storylines from *The Lord of the Rings* ("TLOTR") series.

3. Additionally, in TFOTK, I introduced many new magical races, enchanted rings, a great many magical worlds that are distinctly separate and apart from TLOTR or any other story that currently exists.

4. In TFOTK, any characters with the same name as any character in TLOTR, have been so transformed as they are essentially new characters altogether.

5. On November 21, 2017, I secured the exclusive rights and privileges in and to the book of authorship, receiving from the Register of Copyrights a certificate of registration dated and identified as The Fellowship of the King, TXu2-076-068.

6. I have removed my book from all third-party sellers and no longer intend to sell it on any platform now or in the future.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 25, 2023

*Demetrious Polychron*
Demetrious Polychron (Sep 25, 2023 17:39 PDT)
Demetrious Polychron

**DECLARATION OF DEMETRIOUS POLYCHRON**

2