**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMETRIOUS POLYCHRON,<br><br>Defendant. | Case No.: 2:23-cv-04300-SVW(Ex)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1   This matter is before the Court on Plaintiffs' Motion for Summary Judgment.
2   Having read the papers and heard the arguments of counsel, the Court DENIES Plaintiffs'
3   Motion for Summary Judgment.

4   Dated: _____       _____
5                                           Stephen V. Wilson, Judge
6                                           USDC, Central District of California

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**