# IN THE UNITED STATES DISTRICT COURT
# THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD<br><br>Plaintiffs,<br>v.<br>DEMETRIOUS POLYCHRON,<br>Defendant. | Case No. 2:23-cv-04300-SVW(Ex)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ORDER TO EXTEND TIME FOR PLAINTIFFS TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

The parties' Joint Stipulation and Request for Order to Extend the Time for Plaintiffs to Reply to Opposition to Summary Judgment until December 4, 2023 is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: November 30, 20233

_[signature]_
HONORABLE STEPHEN V. WILSON
United States District Judge
Central District of California