1
2
3
4
5
6
7
8
9
10
11
12

JS-6

13

## IN THE UNITED STATES DISTRICT COURT

14

## THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

15
16
17
18
19
20
21
22
23

THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD

        Plaintiffs,

   v.

DEMETRIOUS POLYCHRON,

      Defendant.

Case No. 2:23-cv-04300-SVW(Ex)

**PERMANENT INJUNCTION AGAINST DEFENDANT DEMETRIOUS POLYCHRON**

Date: October 16, 2023
Time: 1:30pm
Place: Courtroom 10A

24
25
26
27
28

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that defendant Demetrious Polychron ("Defendant") and any person or entity acting in concert with, or at Defendant's direction, are hereby PERMANENTLY ENJOINED and restrained, pursuant to 15 U.S.C. § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States of America and throughout the world:

a. Copying, distributing, selling, performing, displaying, or otherwise exploiting his book *The Fellowship of the King* (the "Infringing Work") or any derivative thereof, including his planned book entitled *The Two Trees* or any subsequent books in the planned series;

b. Copying, distributing, selling, performing, displaying, or preparing any derivative works based on any copyrighted work by Professor J.R.R. Tolkien, including *The Lord of the Rings*;

**IT IS FURTHER HEREBY ORDERED** that Defendant shall, within ten (10) business days of the date of this Order, take the following steps:

a. Permanently destroy all physical and electronic copies of the Infringing Work;

b. File a declaration, under penalty of perjury, with the Court certifying his compliance with these terms.

**IT IS SO ORDERED.**

DATED: December 14, 2023

HONORABLE STEPHEN V. WILSON
United States District Judge