AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✓ ACTION   APPEAL | COURT NAME AND LOCATION<br>Central District of California - Western Division |
|---|---|
| DOCKET NO.<br>2:23-cv-04300 | DATE FILED<br>06/01/2023 |

| PLAINTIFF | DEFENDANT |
|---|---|
| The Tolkien Trust and The Tolkien Estate Ltd | Demetrious Polychron |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 TX 4-374-803 | The Hobbit | J.R.R. Tolkien |
| 2 Ai 4273 and RE 121-069 | The Fellowship of the Ring | J.R.R. Tolkien |
| 3 Ai 4465 and RE 121-070 | The Two Towers | J.R.R. Tolkien |
| 4 TX 4-281-409 | The Return of the King | J.R.R. Tolkien |
| 5 AF 46501 and RE 961-3 | The Silmarillion | J.R.R. Tolkien |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>  Amendment    Answer    Cross Bill    Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>✓ Order    Judgment | WRITTEN OPINION ATTACHED<br>  Yes    ✓ No | DATE RENDERED<br>12/14/2023 |
|---|---|---|
| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>R. Olmos | DATE<br>12/15/2023 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1
2
3   JS-6
4
5
6
7
8
9
10
11
12
13                IN THE UNITED STATES DISTRICT COURT
14       THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
15

16 | THE TOLKIEN TRUST and | Case No. 2:23-cv-04300-SVW(Ex)
17 | THE TOLKIEN ESTATE LTD |
18 | Plaintiffs, | **PERMANENT INJUNCTION AGAINST DEFENDANT DEMETRIOUS POLYCHRON**
19 | v. |
20 | DEMETRIOUS POLYCHRON, | Date: October 16, 2023
21 | Defendant. | Time: 1:30pm
          | | Place: Courtroom 10A
22
23
24
25
26
27
28

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that defendant Demetrious Polychron ("Defendant") and any person or entity acting in concert with, or at Defendant's direction, are hereby PERMANENTLY ENJOINED and restrained, pursuant to 15 U.S.C. § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States of America and throughout the world:

a. Copying, distributing, selling, performing, displaying, or otherwise exploiting his book *The Fellowship of the King* (the "Infringing Work") or any derivative thereof, including his planned book entitled *The Two Trees* or any subsequent books in the planned series;

b. Copying, distributing, selling, performing, displaying, or preparing any derivative works based on any copyrighted work by Professor J.R.R. Tolkien, including *The Lord of the Rings*;

**IT IS FURTHER HEREBY ORDERED** that Defendant shall, within ten (10) business days of the date of this Order, take the following steps:

a. Permanently destroy all physical and electronic copies of the Infringing Work;

b. File a declaration, under penalty of perjury, with the Court certifying his compliance with these terms.

**IT IS SO ORDERED.**

DATED: December 14, 2023

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

PERMANENT INJUNCTION
Case No. 2:23-cv-04300-SVW(Ex)