LACY H. ("Lance") KOONCE, III (*admitted pro hac vice*)
GILI KAREV (Bar Number: 348774*)*
**KLARIS LAW**
430 W 14th St.
New York, NY 10014
Telephone:(917) 612-5861
Email:	lance.koonce@klarislaw.com

Attorneys for Plaintiffs the Tolkien Trust and the Tolkien Estate Limited.

**IN THE UNITED STATES DISTRICT COURT**

**THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD<br><br>　　　　Plaintiffs,<br>　　v.<br>DEMETRIOUS POLYCHRON,<br>　　　　Defendant. | Case No. 2:23-cv-04300-SVW(Ex)<br><br>**DECLARATION OF LACY H. KOONCE, III IN SUPPORT OF PLAINTIFFS' MOTION TO HOLD DEFENDANT IN CONTEMPT** |

## DECLARATION OF LACY H. KOONCE, III

I, Lacy H. Koonce, III, declare as follows:

1. I am a partner at Klaris Law PLLC and have been admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiffs The Tolkien Estate Limited and The Tolkien Trust in the above-referenced matter. I submit this declaration in support of Plaintiffs' Motion to Hold Defendant in Contempt.

2. On September 19, 2023, the Estate filed a Motion for Summary Judgment and Permanent Injunction to prevent further infringement of the Estate's copyright interests by Defendant. On December 13, 2023, the Court granted the motion and entered an Order, *inter alia*, permanently enjoining Defendant from continuing to exploit the Infringing Work.

3. Defendant has failed to comply with the Court's Order by, at a minimum, failing to submit the certification required by the Court and by continuing to offer Infringing Work for sale and download on Google Play for $17.95. See **Exhibit A** attached hereto.

4. Counsel for Plaintiffs have attempted to discuss Defendant's non-compliance with Defendant's counsel, Katie Charleston, prior to filing the present motion in accordance with the Local Rules. However, after at first failing to respond, Ms. Charleston responded that she "no longer represent[s] Mr. Polychron" and has refused to make herself available for a call with counsel. This email exchange is attached hereto as **Exhibit B**.

Executed this 12th day of January, 2023 in Pelham, New York.

*[signature]*
Lacy H. Koonce, III

# Exhibit A

| | |
|---|---|
| **From:** | Google Play |
| **To:** | lancekoonce@gmail.com |
| **Subject:** | Your Google Play Order Receipt from Jan 9, 2024 |
| **Date:** | Tuesday, January 9, 2024 11:39:16 AM |

Google Play

# Thank you for your payment

You bought a book on Google Play.

**Order number:** GPB.3138-6239-7461-40275
**Order date:** Jan 9, 2024 11:39:13 AM EST

| Item | Price |
|---|---:|
| **The Fellowship Of The King**<br>Digital Book Purchase | $17.95 |
| | Tax: $0.00<br>Total: $17.95 |
| **Payment method:** | Mastercard-5031 |

*Additional information*
**Language**: English
**Features**: Flowing text, Google-generated PDF
**Seller**: Google LLC
**Author**: Demetrious Polychron
**Publisher**: Fractal Books
**Published on**: Sep 22, 2022
**ISBN**: 9798986410456
**Best for**: web, tablet, phone, eReader
**Pages**: 369
**Read aloud**: Available on Android devices
**Content protection**: This content is DRM protected.
**Export option**: Available
**Genres**: Fiction / Fairy Tales, Folk Tales, Legends & Mythology
**Reading Information:** The book you have purchased is now available for you to read from your books library on Google Play, via your Android, iOS or Chrome app, or downloaded onto eReader devices that support Adobe Digital Editions. May be downloaded to

device for reading offline.
**Internet Connection:** Internet connection is required for online reading and to download to device for offline reading.

Questions? Contact Google Play.



**Google Play**

All your entertainment in one place, available anywhere. Learn more ›

See your Google Play Order History.

View the Google Play Refund Policy and the Terms of Service.

Need help? Visit the Google Play help center.
To learn more about Google Payments, visit the Google Payments help center.
Please do not reply to this message.
© 2024 Google | All Rights Reserved.
Google LLC, 1600 Amphitheatre Pkwy, Mountain View, CA, 94043, United States

# Exhibit B

Friday, January 12, 2024 at 18:36:14 Israel Standard Time

**Subject:** Re: Polychron cases
**Date:** Tuesday, January 9, 2024 at 10:57:17 PM Israel Standard Time
**From:** Katie Charleston
**To:** Lance Koonce
**CC:** Jampol, Nicolas, Levine, Amanda, Gili Karev, Cathleen Fox

All orders have been provided to Mr. Polychron. We will reach out to the court regarding our withdrawal.

Sincerely,
Katie Charleston, Esq.


KATIE CHARLESTON LAW, PC

KatieCharlestonLaw.com
Phone: (317) 663-9190
Fax:  (317) 245-6258

Nevada State Bar #14354
Indiana Attorney #35139-29
Texas State Bar #24104606
California State Bar #252422
Florida State Bar #1026112
United States Supreme Court Bar #311811

*This message may contain confidential information.  It is intended for the specified recipient only.  If you received this message in error, please disregard it and notify the sender immediately.  Do not send confidential information to this email address unless we have a signed attorney-client agreement.


> On Jan 9, 2024, at 12:50PM, Lance Koonce <lance.koonce@klarislaw.com> wrote:
>
>
> Katie:
>
> The cases in which you appeared as Mr. Polychron's counsel are still pending and you have not been relieved of your role as counsel of record, despite your requests.  In those circumstances, we do not believe that your obligations to the Court or your client have ended.  Please point us to any support to the contrary.  Failing that, we expect to set a time to talk with you ASAP on the topics mentioned in my prior emails.

Further, please confirm immediately that you have provided to Mr. Polychron a copy of the Permanent Injunction Order, as well as the Order and Judgment, in the case brought by The Tolkien Estate.

Regards,

Lance

Lance Koonce (he/him)
**Partner** | (917) 612-5861 | Bio | LinkedIn

<image001.png>

---

**From:** Katie Charleston <katie@katiecharlestonlaw.com>
**Sent:** Tuesday, January 9, 2024 3:41 PM
**To:** Lance Koonce <lance.koonce@klarislaw.com>
**Cc:** Jampol, Nicolas <NicolasJampol@dwt.com>; Levine, Amanda <AmandaLevine@dwt.com>; Gili Karev <gili.karev@klarislaw.com>; Cathleen Fox <cathleen@katiecharlestonlaw.com>
**Subject:** Re: Polychron cases

All,

I no longer represent Mr. Polychron.  Please direct your correspondence to him directly.  Thanks.
Sincerely,
Katie Charleston, Esq.



**KATIE CHARLESTON LAW, PC**
KatieCharlestonLaw.com
Phone: (317) 663-9190
Fax:  (317) 245-6258

Nevada State Bar #14354
Indiana Attorney #35139-29
Texas State Bar #24104606

California State Bar #252422
Florida State Bar #1026112
United States Supreme Court Bar #311811

*This message may contain confidential information.  It is intended for the specified recipient only.  If you received this message in error, please disregard it and notify the sender immediately.  Do not send confidential information to this email address unless we have a signed attorney-client agreement.


On Tue, Jan 9, 2024 at 3:21 PM Lance Koonce <lance.koonce@klarislaw.com> wrote:

> Katie:
>
> I am writing to follow up on my email from last week, which has gone unanswered. We really need to speak to you about the Polychron matters.
>
> Specifically, your client is in direct violation of the Court's permanent injunction order in the case brought by the Tolkien Estate, which required him within 10 business days of the date of the Order to permanently destroy all physical and electronic copies of the work, and to file a declaration certifying he has done so with the Court.  You have not yet filed such a declaration.  Further, his book is still available at least on Google Books – I was able to purchase a copy and download it just this morning.
>
> We intend to move for an Order finding Mr. Polychron in contempt of court, and to ask for daily penalties for contempt until he complies.  As you remain counsel of record, it is your obligation to advise him of same, and if we do not hear from you we will note this in our application to the Court.
>
> Separately, as previously indicated, we – along with Mr. Jampol and Ms. Levine – wish to discuss with you how your client intends to satisfy the attorneys fee award in the case he brought.
>
> Please let us hear from you immediately.
>
> Regards,
>
> Lance
>
> Lance Koonce (he/him)
> **Partner** | (917) 612-5861 | Bio | LinkedIn
>
>
> <image001.png>
>
>
> **From:** Lance Koonce

**Sent:** Friday, January 5, 2024 1:44 PM
**To:** Katie Charleston <katie@katiecharlestonlaw.com>
**Cc:** Jampol, Nicolas <NicolasJampol@dwt.com>; Levine, Amanda <AmandaLevine@dwt.com>; Gili Karev <gili.karev@klarislaw.com>
**Subject:** Polychron cases

Katie:

Hope that your New Year is starting off well. I am reaching out on behalf of the Tolkien Estate, with the consent of Amazon (with Nick and Amanda copied here), to see if we can set up a call with you this week to discuss next steps in the two matters involving Mr. Polychron, in particular, we all need to discuss with you his satisfaction of the attorney fee award in the case he brought. Separately, I need to speak with you about the obligations imposed in the permanent injunction issued by the Court in the case brought by the Estate.

Please let us know a good time to speak with all of us early next week.

Regards,

Lance


**Lance Koonce** (he/him)
Partner
430 West 14th Street
New York, NY 10014
(917) 612-5861
Bio | LinkedIn