UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| THE TOLKIEN TRUST and THE TOLKIEN ESTATE LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEMETRIOUS POLYCHRON,<br><br>Defendant. | Case No.: 2:23-cv-04300-SVW(Ex)<br><br>**ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE** |
|---|---|

**[PROPOSED[ ORDER ON KATIE CHARLESTON'S MOTION TO WITHDRAW APPEARANCE**

1  This matter is before the Court on Katie Charleston's Motion to Withdraw
2  Appearance. Having reviewed the papers and heard the arguments of counsel, the Court
3  now grants the Motion.
4  It is therefore ordered that Katie Charleston's Appearance on behalf of Defendant,
5  Demetrious Polychron, is withdrawn.

Dated: January 19, 2024

Stephen V. Wilson, Judge
USDC, Central District of California