UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04300-SVW-E | Date | February 6, 2024 |
|---|---|---|---|
| Title | *The Tolkien Trust et al. v. Demetrious Polychron* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Paul M. Cruz                                                                 N/A

Attorneys Present for Plaintiffs:                      Attorneys Present for Defendants:

N/A                                                                            N/A

**Proceedings:**   ORDER DENYING PLAINTIFFS' MOTION TO HOLD DEFENDANT IN CONTEMPT [50]

Plaintiffs The Tolkien Trust and The Tolkien Estate Ltd. filed a motion to hold Defendant Demetrious Polychron in contempt of Court on January 12, 2024. ECF No. 50. The matter was set for hearing on February 5, 2024, at 1:30 PM. All parties failed to appear. Pursuant to Local Rule 7-14, Plaintiffs' motion is DENIED for failure to appear. L.R. 7-14 ("Failure of any counsel to appear, unless excused by the Court in advance pursuant to L.R. 7-15 or otherwise, may be deemed consent to a ruling upon the motion adverse to that counsel's position."); *see also Do v. Arch Ins. Co.*, No. 8:20-CV-02105-FLA-ADSx, 2021 WL 4538402, 2022 U.S. Dist. LEXIS 128705, at *2 (C.D. Cal. June 28, 2021) (deeming defense counsel's failure to appear for hearing on defendant's motion to be a consent to denial of the motion).

**IT IS SO ORDERED.**

Initials of Preparer     PMC